IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| STEVEN T. HIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | CV-10-193-KI |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| | ) | |
| Defendant. | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that this case is REMANDED for further proceedings consistent with the Opinion and Order of this court filed May 31, 2011.

Dated this    31st    day of May, 2011.


       /s/ Garr M. King
       Garr M. King
       United States District Judge

1 - JUDGMENT