WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED13 SEP '11 09:33USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN HIGGINS,**                                         CV # 10-193-KI

      Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security,**

      Defendant.

---

      Based on Plaintiff's application filed 8/29/11, and whereas the parties have reached a settlement subsequent to the filing of that application, attorney's fees in the amount of $5,498.37 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

      DATED this _9_ day of _Sept_, 2011.

                                              _/s/_
                                        United States District Judge

Submitted on September 8, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1